NO. 13-2661

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,

*Plaintiffs-Appellants*,

v.

LISA M. MADIGAN, *et al.*,

*Defendants-Appellees*.

---

On Appeal from United States District Court
for the Southern District of Illinois
Civil Case No. 11-CV-405-WDS (Honorable William D. Stiehl)

---

**PLAINTIFFS-APPELLANTS' DOCKETING STATEMENT**

---

William N. Howard
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois   60606
(312) 443-0333
(312) 896-6433 (Fax)

Charles J. Cooper
David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (Fax)

*Attorneys for Plaintiffs-Appellants*

Pursuant to Circuit Rule 3(c)(1), Plaintiffs-Appellants, Mary E. Shepard and the Illinois State Rifle Association ("Plaintiffs"), file this Docketing Statement, and in support hereof state as follows:

## I.     JURISDICTIONAL STATEMENT

Plaintiffs' suit challenges Illinois laws that prohibit carrying firearms for self-defense, and they seek declaratory and injunctive relief barring enforcement of those laws. *See* 42 U.S.C. § 1983; U.S. CONST. amends. II & XIV; 28 U.S.C. §§ 2201 & 2202. The district court had subject matter jurisdiction under 28 U.S.C. § 1331 because Plaintiffs' claim arises under federal law.

This Court has jurisdiction pursuant to 28 U.S.C. § 1291. The appeal is from a final decision that disposed of all claims by dismissing the action on mootness grounds. The district court entered its decision on July 26, 2013. Plaintiffs timely noticed this appeal on July 29, 2013. *See* FED. R. APP. P. 4(a)(1)(A).

## II.     ADDITIONAL MATTERS

There have been prior related appellate proceedings in the case. In particular, the case was previously before this Court under the caption Mary Shepard, *et al.* v. Lisa Madigan, *et al.*, docket number 12-1788. That appeal was consolidated for purposes of oral argument and disposition with Michael Moore, *et al.* v. Lisa Madigan, *et al.*, docket number 12-1269.

1

Defendant-Appellee Lisa M. Madigan was sued and has appeared in this litigation in her official capacity as Attorney General of Illinois.  Lisa M. Madigan is the current occupant of the Office of Attorney General of Illinois.

Defendant-Appellee Governor Patrick J. Quinn was sued and has appeared in this litigation in his official capacity as Governor of the State of Illinois. Governor Patrick J. Quinn is the current occupant of the Office of Governor of the State of Illinois.

Defendant-Appellee Tyler R. Edmonds was sued and has appeared in this litigation in his official capacity as the State's Attorney of Union County, Illinois. Tyler R. Edmonds is the current occupant of the Office of State's Attorney of Union County.

Defendant-Appellee David Livesay was sued and appeared in this litigation in his official capacity as Sheriff of Union County, Illinois.  David Livesay is the current occupant of the Office of Sheriff of Union County, Illinois.

Dated:  July 30, 2013                    Respectfully submitted,

William N. Howard                        s/ Charles J. Cooper
LOCKE LORD LLP                           Charles J. Cooper
111 South Wacker Drive                   David H. Thompson
Chicago, Illinois   60606                Peter A. Patterson
(312) 443-0333                           COOPER & KIRK, PLLC
(312) 896-6433 (Fax)                     1523 New Hampshire Avenue, N.W.
                                         Washington, D.C. 20036
                                         (202) 220-9600
                                         (202) 220-9601 (Fax)


                    *Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that not all participants in the case are CM/ECF users. I have caused the foregoing document to be mailed by First Class Mail, postage prepaid, to the following non-CM/ECF participant; I have also had an email including a copy of the foregoing document sent to this participant:

Terrence J. Corrigan
OFFICE OF THE ATTORNEY GENERAL
500 South Second Street
Springfield, IL 62706
tcorrigan@atg.state.il.us

s/ Charles J. Cooper
Charles J. Cooper
*Attorney for Plaintiffs-Appellants*