# INDEX OF EXHIBITS

Doc. 89 – Order Dismissing Case ................................................................................. A

Doc. 2 – Complaint ....................................................................................................... B

Doc. 39-1 – Declaration of Mary E. Shepard .............................................................. C

Doc. 39-2 – Declaration of Donald Moran .................................................................. D

Doc. 73 – Motion to Dismiss as Moot ......................................................................... E

Doc. 74 – Response to Motion to Dismiss as Moot ..................................................... F

Doc. 75 – Motion for Injunction .................................................................................. G

Doc. 76 – Motion to Expedite Briefing ....................................................................... H

Doc. 77 – Response to Plaintiffs' Motion to Expedite Briefing ................................... I

Doc. 81 – Order for Briefing ........................................................................................ J

Doc. 86 – Memorandum in Support of Motion to Dismiss ......................................... K

Doc. 87 – Plaintiffs' Supplemental Brief ..................................................................... L

Doc. 91 – Notice of Appeal ......................................................................................... M

*Moore v. Madigan*, 702 F.3d 933 (7th Cir. 2012) ...................................................... N