# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) |
| Plaintiffs, | ) No. 3:11-cv-00405-WDS-PMF ) |
| v. | ) ) ) Honorable Judge William D. Stiehl |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) Magistrate Judge Philip M. Frazier ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### DECLARATION OF DONALD MORAN
### IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Donald Moran, make the following declaration pursuant to 28 U.S.C. § 1746:

1. My name is Donald Moran. I am President of the Illinois State Rifle Association.

2. Illinois State Rifle Association ("ISRA") is a non-profit association incorporated under the laws of Illinois in 1913, with its principal place of business in Chatsworth, Illinois.

3. ISRA has members residing throughout the State of Illinois. The purposes of the ISRA include the protection of the right of citizens to bear arms for the lawful defense of their families, persons and property, and to promote public safety and law and order.

4. The State of Illinois prohibits members of the ISRA and other law-abiding citizens from the public possession and carrying of a firearm pursuant to 720 ILCS 5/24-1 and 720 ILCS 5/24-1.6.

1

5. ISRA has many members who are legally qualified to possess a firearm and who, but for Illinois's ban, would carry firearms in public for personal protection.

6. I, for example, am one such member: I am a resident of Illinois, I am a member of ISRA, I have a valid Illinois Firearm Owner's Identification Card, and I desire to carry a firearm in public for self defense and would do so if Illinois law did not prohibit it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
**DONALD MORAN**

Dated this **8th** day of **August, 2011.**