United States Court Of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

**APPEARANCE FORM**

Appellate Court No.   13-2661
Docketed on:  7/30/2013
Short Caption  *Shepard v. Manning*
District Court Judge William D. Stiehl
District Court No.  11 C 0405

**************************************************************

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

  Lisa Madigan, Patrick J. Quinn, Tyler Edmonds,          as the

[ ]  appellant(s)         [√]  appellee(s)         [ ]  amicus curiae
[ ]  petitioner(s)        [ ]  respondent(s)       [ ]  intervenor(s)


Firm, Office or Facility:     OFFICE OF THE ATTORNEY GENERAL
Unit, Division or Section:    CIVIL APPEALS DIVISION
Address:                      100 West Randolph Street, 12th Floor
City/State/Zip:               Chicago, Illinois 60601-3218
Firm Telephone Number:        (312) 814-3000

Name     Karl R. Triebel*
Signature  /s/ Karl R. Triebel
Direct Phone No.  (312) 814-2391
Admitted to Appellate Court?   Y__  N X
 *Counsel of Record

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

July 31, 2013                                                            Respectfully submitted,

                                                                     LISA MADIGAN
                                                                     Attorney General of Illinois

                                                          By: <u>/s/ Karl R. Triebel</u>
                                                             KARL R. TRIEBEL
                                                             Assistant Attorney General
                                                            100 West Randolph Street, 12th Floor
                                                            Chicago, Illinois 60601-3218
                                                           PHONE: (312) 814-2391
                                                           FAX: (312) 814-5166
                                                           EMAIL:ktriebel@atg.state.il.us

                                                           *Counsel for Defendant-Appellee*