# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 1, 2013

*Before*

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| No.: 13-2661 | MARY E. SHEPARD, et al., Plaintiffs - Appellants  v.  LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:11-cv-00405-WDS-PMF  Southern District of Illinois  District Judge William D. Stiehl ||

The following are before the court:

1. **EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL,** filed on July 30, 2013, by counsel for the appellants.

2. **MOTION TO EXPEDITE EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL,** filed on July 30, 2013, by counsel for the appellants.

**IT IS ORDERED** that the emergency motion for an injunction pending appeal is **DENIED**.

- over -

**IT IS FURTHER ORDERED** that the motion to expedite is **GRANTED** to the extent that the motion for an injunction pending appeal will be treated as appellants' opening brief and briefing will proceed as follows:

1.  The appellees' response brief is due by August 9, 2013.

2.  The appellants' reply, if any, is due by August 14, 2013.

The court will announce the date for oral argument in a separate order.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)