# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 1, 2013

*By the Court:*

| | |
|---|---|
| No.: 13-2661 | MARY E. SHEPARD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl |

     **IT IS ORDERED** that the appellants shall file by August 5, 2013, a complete jurisdictional statement which complies with Fed. R. App. P. 28(a)(4) and Cir. R. 28(a), and a statement of the case which complies with Fed. R. App. P. 28(a)(6). These filings shall supplement the appellants' emergency motion for an injunction, which is being treated as their opening brief.

form name: **c7_Order_BTC**(form ID: **178**)