## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

August 5, 2013

| | |
|---|---|
| No.: 13-2661 | MARY E. SHEPARD, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:11-cv-00405-WDS-PMF <br> Southern District of Illinois <br> District Judge William D. Stiehl | |

The following is before the court: **PLAINTIFFS-APPELLANTS' JURISDICTIONAL STATEMENT** and **PLAINTIFFS-APPELLANTS' STATEMENT OF THE CASE**, filed on August 5, 2013, by counsel for the appellants.

Pursuant to this court's order dated August 1, 2013, the clerk of this court shall file these documents **INSTANTER** and distribute them to the assigned merits panel along with the appellant's July 30, 2013 emergency motion, which is being treated as their opening brief.

form name: **c7_InstanterOrderFiled**(form ID: **123**)