UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
Chicago, Illinois 60604

## APPEARANCE FORM

| | |
|---|---|
| Appellate Court No.: | 13-2661 |
| Docketed on: | 07/30/2013 |
| Short Caption: | Shepard v Madigan |
| Dist. Court Judge: | William D. Stiehl |
| Dist Court No.: | 11-0405 |

*****************************************************************

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, as the

Appellee.

| | |
|---|---|
| Firm: | BLEYER and BLEYER |
| Address: | P.O. Box 487 |
| City/State/Zip: | Marion, Illinois 62959 |
| Firm Telephone Number: | (618) 997-1331 |

| | |
|---|---|
| Name: | Joseph A. Bleyer * |
| Signature: | /s/Joseph A. Bleyer |
| Direct phone No.: | (618) 997-1331 |
| Admitted to Appellate Court? | YES |
| *Counsel of Record | |

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:      jableyer@bleyerlaw.com