# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

August 7, 2013

| No.: 13-2661 | MARY E. SHEPARD, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:11-cv-00405-WDS-PMF <br> Southern District of Illinois <br> District Judge William D. Stiehl ||

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.