No.  13-2661

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
Chicago, Illinois 60604

_____

| | | |
|---|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | On Appeal from United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellants | ) ) ) | |
| v. | ) ) | |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 11-CV-405-WDS (Honorable William D. Stiehl) |
| Defendants-Appellees | ) | |

_____

**MOTION TO ADOPT BRIEF INSTANTER**
_____

NOW Comes the Defendant-Appellee, Sheriff David Livesay, solely in his official

capacity as Sheriff of Union County, Illinois, by Bleyer and Bleyer, his attorneys, and

seeks leave of this Court to adopt as his Brief, the Brief of Defendants-Appellees, Lisa

Madigan, Patrick J. Quinn and Tyler Edmonds (Doc.21) as his Brief Instanter.

The Defendant, David Livesay is the Sheriff of Union County and has adopted the Motions filed in the Trial Court by the Defendants-Appellees, Lisa Madigan, Patrick Quinn and Tyler Edmonds.

It was the intention of the parties that David Livesay and Attorney Joseph A. Bleyer would be included in the Brief of the Defendants-Appellees but due to the tight time schedule and miscommunications, Defendant-Appellee David Livesay was left off of the Brief.

That the parties in this case will not be prejudiced by this Court granting this Motion allowing David Livesay to adopt the Brief of the Defendants-Appellees, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds Instander.

WHEREFORE, The Defendant-Appellee, David Livesay prays this Court enter an Order allowing him to adopt the Brief of the Defendants-Appellees, Lisa Madison, Patrick J. Quinn and Tyler R. Edmonds Instanter.

BLEYER and BLEYER


S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendant, Sheriff David Livesay

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using CM/ECF System.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:    (618)997-1331
Facsimile:    (618)997-6559
e-mail:        jableyer@bleyerlaw.com