United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street — Room 2702
Chicago, IL 60604



Appeal No.                              Date Set:                        A.M. ☐

Short Title:                                                    P.M. ☐

Circuit Rule 34(a) requires that counsel who will be presenting oral argument must notify the Clerk of that fact. Therefore the names of such counsel must be listed below, and the card returned to the Clerk **not later than five days before the argument**. Please list the names of all attorneys who will be representing oral argument on your "side" of this appeal. At the bottom of the card check whether those counsel represent the appellant or the appellee. If only one counsel will be arguing on your "side" please check that box also. Attorneys who will present oral argument certify that they are admitted to practice in this Court and they have filed a Disclosure Statement pursuant to Circuit Rule 26.1.

Attorneys:    1.                                                                    (print name)

                2.                                                                    (print name)

Telephone(s):   1.                                    2.

Only Attorney ☐      For Appellant ☐      For Appellee ☐

APPELLANTS ONLY                  REBUTTAL TIME

## CERTIFICATE OF SERVICE

  I hereby certify that on September 3, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: September 3, 2013      /s/ *Clifford W. Berlow*
                  CLIFFORD W. BERLOW
                  Assistant Attorney General
                  100 West Randolph Street
                  12th Floor
                  Chicago, Illinois 60601
                  cberlow@atg.il.state.us
                  (312) 814-7122

                  *Counsel for Defendants-Appellees*