# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO FILE RESPONSE

September 26, 2013

*By the Court:*

| No.: 13-2661 | MARY E. SHEPARD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl | |

The following is before the court: **PLAINTIFFS-APPELLANTS' MOTION TO TAKE JUDICIAL NOTICE,** filed on September 25, 2013, by counsel for the appellants.

**IT IS ORDERED** that the appellees file a response to the appellants' motion by September 30, 2013.

form name: **c7_NoticeToFileResponse**(form ID: **120**)