# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 1, 2013

*By the Court:*

| No.: 13-2661 | MARY E. SHEPARD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl ||

The following are before the court:

1. **PLAINTIFFS-APPELLANTS' MOTION TO TAKE JUDICIAL NOTICE**, filed on September 25, 2013, by counsel for the appellants.

2. **RESPONSE TO PLAINTIFFS-APPELLANTS' MOTION TO TAKE JUDICIAL NOTICE**, filed on September 30, 2013, by counsel for the appellees Lisa Madigan, Patrick J. Quinn, and Tyler R. Edmunds.

3. **MOTION TO ADOPT RESPONSE AND TO CITE ADDITIONAL AUTHORITY INSTANTER**, filed on October 1, 2013, by counsel for the appellee David Livesay.

**IT IS ORDERED** that #1 is **GRANTED**. The clerk of this court shall distribute the motions papers and a copy of this order to the assigned merits panel.

**IT IS FURTHER ORDERED** that #3 is **GRANTED**.

form name: **c7_Order_BTC**(form ID: **178**)