



Hiram Grau, Director

Pat Quinn, Governor

**Agency Links**

About ISP

Academy

Forensics

Crime

Missing Persons

Criminal History

Firearms

Traffic

Safety

News, Media, & Forms

Employment

Links

Contact Us

Freedom of Information

Public Notices

Home

⊞ **State Links**

**Search Illinois**

[    ] Go

**[Search Tips]**









**Illinois State Police News Release**

## Illinois State Police Prepare To Post Approved Curricula For Certified Firearms Training Instructors

Press Release Date: September 24, 2013

*List of Certified Instructors Available on ISP Registry*

SPRINGFIELD – Illinois State Police (ISP) Officials announced that on September 30, 2013, the Department will post a list of approved concealed carry firearms training curricula.

The approved curricula will be available on the ISP website at: http://www.isp.state.il.us/

The Department has also developed a registry that includes information regarding approved instructors who have applied and successfully demonstrate they meet all of the statutory requirements. The registry only includes approved instructors who have submitted complete applications and have met all requirements. To avoid delays in the approval process, the Department stresses that applicants thoroughly proofread and fully answer all questions contained in the entire application before submitting the application.

Upon approval from the Department, instructors will receive a packet containing instructions further explaining the curricula training process. A unique identification number will be issued to each instructor and for each approved curriculum. A Certificate of Completion form that the instructors will issue to class attendees upon successful completion of training will also be included in the packet.

Additionally, the Department will be posting a list of Department approved training that is recognized by the laws of other states, so that instructors may use previously obtained credit hours for each approved curricula.

Individuals interested in applying for a concealed carry license must successfully complete approved training from an approved Illinois Concealed Carry Firearms Instructor.  Applications for a Concealed Carry License will be available in early January, 2014.

The Illinois State Police regularly updates its Concealed Carry FAQ's with information regarding the Illinois Concealed Carry process. Updates may be found at:  http://www.isp.state.il.us/

###

For more information contact:
Public Information Office
Telephone: (217) 782-6637
TDD: (800) 255-3323

**Agency Features**











**State Features**



