No. 13-2661

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellants, | ) ) | No. 11-405-WDS-PMF |
| v. | ) ) | |
| LISA MADIGAN, et al., | ) ) | The Honorable William D. Stiehl, |
| Defendants-Appellees. | ) | Judge Presiding. |

**RESPONSE TO PLAINTIFFS-APPELLANTS'
MOTION TO TAKE JUDICIAL NOTICE**

Defendants-Appellees Lisa Madigan, Patrick J. Quinn, and Tyler R. Edmunds ("Defendants") do not object to the September 25, 2013 motion filed by Plaintiffs-Appellants to take judicial notice of a September 24, 2013 press release filed by the Illinois State Police ("ISP"). (Doc. 30). But in addition to the portions of the press release cited by Plaintiffs in their motion, Defendants wish to call the Court's attention to those portions of the press release documenting the most recent steps ISP has taken in implementing the new regulatory regime mandated by the Illinois Firearm Concealed Carry Act, 430 ILCS 66/1, *et seq.*; P.A. 98-0063, 98th G.A. (Ill. 2013). In particular, the press release notes that:

1.      "[O]n September 30, 2013, the Department will post a list of approved concealed carry firearms training curricula." (Doc. 30-2). This Court may also take

judicial notice of the fact that ISP did make the approved concealed carry firearms training curricula available to the public on September 30, 2013.  Illinois State Police, Illinois Concealed Carry Approved Curriculum, http://www.isp.state.il.us/firearms/ccw/ CCWApprovedCurriculum.pdf (last visited Sept. 30, 2013) (Ex. A.)

2.     "The Department has also developed a registry that includes information regarding approved instructors who have applied and successfully demonstrate[d] they meet all of the statutory requirements." (Doc. 30-2).  This Court may also take judicial notice of the fact that as of September 30, 2013, the registry listed 757 approved instructors in the State of Illinois.  *See* Illinois State Police, Concealed Carry Instructor Search, http://www.isp.state.il.us/firearms/ccw/instructor-registry.cfm?State=&County =&City=&LastName=&Search=Search (last visited Sept. 30, 2013) (Ex. B) .

Dated: September 30, 2013                    Respectfully submitted,

                                             Lisa Madigan
                                             Attorney General of Illinois

                                             Michael A. Scodro
                                             Solicitor General

                                             Jane Elinor Notz
                                             Deputy Solicitor General

                                             Evan Siegel
                                             Clifford W. Berlow
                                             Karl R. Triebel
                                             Assistant Attorneys General
                                             100 West Randolph Street, 12th Floor
                                             Chicago, Illinois 60601-3218
                                             (312) 814-7122

                                             *Attorneys for Defendants-Appellees*

2

# EXHIBIT A

| Curriculum Name(s) | Business Name |
|---|---|
| Firearm Safety, Basic Priniciples of Marksmanship, Illinois Concealed CarryW 16/8 Hour | James Green |
| 16 hour Concealed CarryW 101, Concealed CarryWIL 8 hour Concealed CarryW 102, 3 hour Renewal | 1814 Training Inc., |
| 16/8 NRA Basic Pistol;CCWIL 108 | 1814 Training Inc., |
| Illinois Carry Legally In Illinois Course, NRA Basic Pistol Course, NRA PP in the Home Class | 2ATrainers |
| NRA Basic Pistol Course, Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | 2nd Amendment Defense Inc. |
| Illinois Concealed Carry Certification, NRA Basic Pistol | 3rd Monkey Tactical, |
| Concealed Carry | 4-C's Firearms Instruction |
| Illinois Carry 16/8, Illinois Carry 3 | Academy of Defensive Tactics |
| Illinois Concealed Carry Course | Academy of Tactical Training and Security LLC |
| Concealed Carry/NRA Basic Pistol | Acmeguns |
| Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | Action Shooting Sports |
| Illinois 16/8 hr. Concealed Carry/Illinois 3 hr. renewal | Action Shooting Sports LLC |
| Concealed Carry and Concealed CarryW Renewal | Adam Humeniak |
| CC | ADAMAX TACTICAL ACADEMY |

| | |
|---|---|
| NRA Basic Pistol, APO Conceal Carry, APO Conceal Carry Refresher | Adams Pike Outdoors Inc. |
| Concealed Carry | Advanced Armored Training Academy |
| 16/8 Concealed Carry, 3 hour renewal Concealed Carry | Advanced Armored Training Academy LLC. |
| Concealed Carry Qualification | Advantage Firearms Education & Training |
| Illinois Concealed Carry 8/16 HR, Concealed Carry Renewal | Adventure Tactical Training LLC, |
| IL Concealed CarryW 8/16 Hour Class | AKA123 LLC. |
| CLIC | Albert Schau |
| Illinois Concealed Carry License Curriculum | Alee Sales |
| All Calibers Concealed Carry Course Training | All Caliber Firearm Training |
| AGX. Concealed CarryW 8 hour, AGX. Concealed CarryW 16 hour | All Gun Training |
| None Listed | Allen Lakner |
| Concealed Carry | ALL-STAR Security Inc |
| 16 hour Concealed Carry Training, 8 hour Concealed Carry Training, 3 hour Concealed Carry Renewal Training | Alpha Tactical Firearms Training |
| NRA Firearm Safety Education Classes | Alvin Spera |
| 16/8 hour, 3 hour Renewal | Always Partners Inc. |
| Concealed Carry 1st addition | American Firearm Training and Education |

| | |
|---|---|
| Illinois Concealed CarryLF Course and Illinois Concealed CarryLF Renewal Course | American Medical Resoursce Institute |
| Illinois Concealed Carry License Firearms | American Security and Firearms Academy Inc. |
| Mississippi Delta L.E. Training Academy | American Subject Control Systems, INC |
| Concealed Carry 16/8/3 | Angel One Training Group |
| Concealed Carry | Anthony P. Benard DDS Ltd. |
| AAA Illinois Concealed CarryW Initial Curriculum, AAA Illinois Concealed CarryW Renewal Curriculum | Antioch Arms and Ammunition, |
| Concealed Carry | ANYWHERE Concealed CarryW, LLC |
| APC Shooting Tactics, Illinois Concealed Carry Course | APC Shooting Tactics |
| NRA's Basic Pistol, NRA Defensive Pistol, NRA PP in the Home, NRA PP Outside the Home, Illinois Concealed CarryW | Armed Citizen Training Group LLC |
| Illinois Conceal Carry Training Seminar | Armed Citizen Training Group LLC |
| Armed Illinois Session 2 | Armed Illinois |
| Illinois Concealed CarryW Class, Illinois Concealed Carry Renewal Class | Armed Safety |
| Illinois Concealed Carry Course | Armed Tactics LLC |
| AHFT Illinois Concealed Carry, AHFT Illinois Concealed Carry Renewal | At Home Firearms Training |

| | |
|---|---|
| Personal Protection | A-Team Personal Protection |
| 16 and 8 hour Curriculum for Concealed Carry License, 3 hour Concealed Carry License Renewal | Atwood Armory |
| Atwood Guns/Heath Fleener | Atwood Guns/Heath Fleene |
| Illinois Concealed CarryW | B.R.A.S.S. Firearms Training |
| NRA Pistol Instructor, Range Safety Office | Barr Gun Training |
| Basic Pistol, NRA Personal Protection outside the home | Base Camp Defense LLC. |
| Concealed Carry License Course, Concealed Carry Renewal Course | Base II LLC. |
| Illinois Permit Certification Class | BDJ LTD |
| Beecher Concealed Carry, NRA Basic Pistol, Illinois Concealed Carry | Beecher Tool and Die Inc. |
| Behind the Badge Personal Defense Concealed CarryL | Behind the Badge Personal Defense |
| Brian P. Hansen | BhansenConcealed CarryW |
| BBG Concealed Carry | Big Boy Gunsmithing |
| Illinois Concealed Carry Course, NRA Basic Pistol Course | Bing's Rod and Gun Shop, |
| Black Flag Firearms Training, Illinois Concealed CarryL Course 16/8 Hour | Black Flag Firearms Training |
| Illinois Basic Concealed Carry Course (16/8hr.) and Illinois Basic Concealed Carry Renewal (3 hr.) | Black Talon Training and Consulting, |

| | |
|---|---|
| NRA Basic Pistol, NRA PP In the Home, NRA PP Outside the Home | Blackdog Gunworks, |
| Illinois Concealed Carry 16/8 Course, Illinois Concealed Carry Renewal Course 3 hour | Blackhawk Defense Inc. |
| Illinois Concealed Carry Permit | Blue Dog Technology |
| Blue Star Security Training Conceal Carry | Blue Star Security Training Ltd. |
| Concealed Carry Firearms Curriculum | Bradford Ozee |
| Concealed Carry | Bradley Bolerjack |
| Illinois Carry Course | Bradley Eldred |
| Concealed Carry Firearms Course | Brent Blair |
| NRA Personal Protection Outside the Home/NRA Basic Pistol | Brian Kukon |
| Concealed Carry Training Illiinois | Brian Leggero |
| Concealed Carry License Firearm Curriculum, 16/8 hour and 3 hour Renewal | Bruce Edenson |
| NRA Basic Pistol Course, NRA PP in the Home | Bullet Express irearms & AConcealed Carryessories |
| Illinois Concealed Carry (NRA Basic Pistol) | Bullet Trap Inc. |
| Illinois Concealed Carry License Curriculum | Bullseye Firearms and Training |
| Concealed Carry | Bullseye Protection Training |
| Concealed Carry | Byron Love |

| | |
|---|---|
| NRA Basic Pistol/FConcealed CarryA Day 2 | C.A.L. |
| Carry Legally in Illinois | C.C. Firearms Training Inc |
| Illinois Concealed Carry Certification Program, Illinois Concealed Carry Recertification Program | C.I. Shooting Sports |
| Illinois Concealed Carry Class, Concealed Carry Renewal Class | Capital City Shooting Center |
| Illinois Concealed Carry Pistol | Capital Firearms Academy |
| ILConcealed CarryW 16, ILConcealed CarryW3 | Carl Walker |
| Illinois Concealed Carry, PP Outside the Home | Carry Chicago |
| Safety in the Home & Outdoors, Use of Force, Practical Applications, Qualification Shoot | Carry Conceal for Illinois |
| Concealed Carry Handgun | Carry Concealed Consultants |
| Illinois Concealed Carry Class | Carry Safe Training |
| CLIC, NRA Basic Pistol | Carry Safely Inc. |
| Carry Smart 16/8 and Carry Smart Renewal | Carry Smart |
| Illinois Concealed Carry | Carter Consultation and Training |
| Illinois Concealed Carry and Illinois Concealed CarryW Refresher | Central Illinois C.C.W. |
| Illinois Concealed Carry Act 16/8, Illinois Concealed Carry Act 3 Hour Renewal | ChamberSafe Inc |
| Concealed CarryL Curriculum | Charles Bergeron |

| | |
|---|---|
| Illinois Concealed Carry | Charles Glickley |
| None Listed | Charles Thomas |
| 16/8 Concealed Carry Course, 3 hour Concealed Carry Renewal Course | Chicago Arms |
| NRA Basic Pistol, Firearm Concealed Carry Basics | Chicago Fire Department |
| Illinois Concealed Carry Training | Chicago Stage Equipment |
| Concealed Carry | Chicagoland Firearm Training |
| Chicagoland Firearm Training | Chicagoland Firearm Training |
| Concealed Carry | Circle lo Ink |
| NRA Basic Pistol, Illinois Concealed Carry Curriculum | Citizen's Firearms Training |
| COP Concealed CarryW Course | CITIZENS ON PATROL |
| Illinois Carry Legally In Illinois Course, NRA Basic Pistol Course | Citizens Tactical Unit-Firearms Training Academy |
| Illinois Concealed Carry License - Basic, Advanced and Renewal | Civilian Marksmanship and Safety Training LLC, |
| NRA Basic Pistol, Il. Concealed CarryW Specific 8 hrs., Il. Concealed CarryW Renewal | Clear Shooting |
| Illinois Concealed Carry Course (16 hours), Illinois Concealed Carry Renewal Course (3 hours) | College of Personal Safety |
| Introduction to Concealed Carry | Concealed Carry in Illinois |
| Illinois Concealed Carry Course 16/8 hour, 3 hour Renewal | Concealed Carry of Illinois LLC |

| | |
|---|---|
| Concealed Carry 16 hour course | Concealed CarryW Institute |
| Illinois Conealed Carry Training | Concealed CarryW Tactical Defense LLC |
| Illinois Concealed Carry/ Equip2 Conceal Power Point | Concealed Confidence LLC |
| Concealed Carry Training | Concealed Firearm Training Inc. |
| Concealed Carry | Concealed Security Inc. |
| 8 hr. pistol, 8 hr. Concealed Carry | Corrall Hill, LLC |
| Illinois Concealed Carry | Creekside Armory |
| Illinois Concealed Carry/ Illinois Concealed Carry Renewal | Critical Decision |
| Illinois Concealed Carry Course : 8, 16 and 3 hour | Critical Decision |
| NRA Basic Pistol, NRA PP in the Home, Illinois Concealed Carry, PP and Self Defense in the Home | Crossline Defense |
| 16 hour Illinois Concealed Carry, 8 hour Illinois Concealed Carry, 3 hour Illinois Concealed Carry Renewal | Crossline Defense |
| 16/8 Basic Course, 3 hour Renewal | D&D Investigations and Security Services Inc. |
| NRA Certified Pistol Course for Concealed CarryW | Dakota Hagerman |
| Illinois Concealed Carry | Dale Littrel |

| | |
|---|---|
| Basic Concealed Carry, Concealed Carry Advanced | Daniel Swanson |
| Concealed Carry | Darnalls Gun Works & Ranges |
| None Listed | Davia Shipley |
| 16/8 Concealed Carry | David H. Esume |
| Illinois Concealed Carry Curriculum | David Knight |
| NRA Basic Pistol, NRA PPITH, NRA PPOTH | David R. Landstrom |
| Concealed Carry | David Roberts |
| Concealed Carry Certification Course | David Schur |
| NRA Basic Pistol, Illinois Concealed Carry Instruction | Davis Covert Carry |
| Illinois Concealed Carry Mastery | DBA Grant Montgomery |
| Concealed Carry/Concealed Carry Renewal | Defcon 1 |
| Defense Professionals Illinois Concealed Carry Course/Defense Professionals Concealed Carry Renewal Course | Defense Professionals Inc. |
| Illinois Concealed Carry Class Defense Tactics | Defense Tactics |
| Defensive Shooter, Concealed Carry Curriculum (Certification) and (Recertification) | Defensive Shooter |
| Concealed Carry | Defensive Solutions LLC |
| Defensive Tactics Training Academy, INC., Concealed Carry Firearm Training | Defensive Tactics Training Academy Inc. |
| Defensive Tactics Training Concealed Carry Course | Defensive Tactics Training Academy Inc., |

| | |
|---|---|
| DPS Conceald Carry, DPS Concealed Carry Requalification | Delta Protective Services |
| Concealed CarryW | Dennis Hamrick |
| 16/8 hour Curriculum | Denny's Barber Shop |
| Concealed Carry and Home Defense Fundamentals and NRA Basic Pistol | Dfirearms Training |
| 16/8 hour and 3 hour Concealed Carry Curriculum | DFTG - Defensive Firearms Training Group |
| Basic Pistol Course and Concealed Carry | Dick's Gun Deals LLC |
| Concealed Carry 16/8 hr./Concealed Carry Renewal | DMACT Services |
| Concealed Carry | DMZ Sproting Gear |
| 16/8 Hr. Curriculum/3 hr. renewal | Donald Riley |
| NRA Basic Pistol, NRA PP in the Home, Illinois Concealed Carry, PP and Self Defense in the Home, Illinois Concealed Carry Wrap Up | Double Tap Academy LLC |
| Concealed CarryW | Douglas Johnson |
| Concealed Carry License 16 hour, 3 hour Renewal Curriculum | Down Range Consulting LLC. |
| E and E Firearms F.I.R.S.T. Carry Illinois | E & E Firearms |
| Concealed Carry/Renewal course | Eagle Tactics Systems |
| Basic Pistol, Home Firearm Safety | Earl Radloff |
| 16/8 hr. Concealed Carry; 3 hr. Concealed Carry Renewal | EDC Firearms Training, LLC |
| Illinois Concealed Carry, Illinois Concealed Carry Renewal | Edward Griffin |

| | |
|---|---|
| Concealed Carry | Edward J. Oziminski |
| Edward Ronkowski, J.D. Carry Concealed Curriculum | Edward Ronkowski |
| Illinois Concealed Carry Course | Edwards Firearms |
| Concealed Carry | Eilers Farms |
| Private Detective Concealed Carry | ELAM PRIVATE DETECTIVE, INC |
| Concealed Carry | Elements Midwest INC. |
| ETS ILConcealed CarryW-16, ETS ILConcealed CarryW-8, ETS ILConcealed CarryW-3 | Elite Training Solutions Inc. |
| Illinois Concealed Carry Permit Class | Emergency Training Consultants |
| Firearm Safety and Concealed Carry Orientation for Illinois Permit Qualification Phase 1 and 2 | equip 2 conceal |
| Concealed Carry | Eric Callis |
| ETHOS Tactical Illinois Concealed Carry Course 16/8 hour | Ethos Tactical |
| 3 hr. Concealed Carry Conceal Course, 8 hr. Concealed Carry | Executive SECURITY Group INC. and DBA Gun Safety Group |
| Personal Safety for Home and Travel IL Concealed CarryW | Extreme Exigency |
| Concealed Carry Firearms Training Course | F.A.S.T. Academy Inc. |
| Illinois Concealed Carry License Training, Illinois Concealed Carry License Renewal Training | Fatboyz Firearms Inc. |
| 16 hr. Concealed CarryW, 8 hr. Concealed CarryW, 3 hr. Renewal | Feliciano Concealed CarryW Curriculum |
| 16/8/3 HR. Concealed Carry | Feliciano Concealed CarryW Curriculum |
| Illinois Concealed Carry Curriculum, Illinois Concealed Carry Renewal | Felton Training Group, |
| Fidelity Academy 16 hour IL Concealed CarryL Course, 8 hour IL Concealed CarryL Course, 3 hour Concealed CarryL Renewal | Fidelity Security Group |

| | |
|---|---|
| Fidelity Academy 16 hour II Concealed CarryP Course, 8 hour Concealed CarryP Course, 3 hour Renewal | Fidelity Security Group |
| Icarry Standardized Curriculum | Final Defense Inc |
| 16 hour Concealed Carry Training Program, 3 hour Concealed Carry Renewal Training Program | Final Defense Institute |
| Concealed Carry | Firearm Safety Group |
| Firearm Safety Group Concealed Carry License Curriculum | Firearm Safety Group LLC |
| Firearms Carry Conceal Act | Firearm Safety Training |
| 16/8 hour curriculum for Concealed Carry License, 3 hour Renewal Curriculum | Firearm Training Pros |
| Illinois Concealed Carry Curriculum | Firearm Training Pros |
| Concealed Carry license Firearms Curriculum | Firearms & Memories Training Academy, |
| Illinios Concealed Carry License Firearms Safety and Legal Course | Firearms Professional Training Inc. |
| 8 hour/16 hour/3 hour | Firearms Safety Academy Inc |
| None Listed | Firearms Safety Instruction LLC, |
| Illinois Concealed Carry 16 hour, Illinois Concealed Carry 8 hour, Illinois Concealed Carry Renewal | First Shot Shooting Academy Inc., |
| NRA basic pistol and Concealed Carry | Four Leaf Training Group, LLC. |
| 8/16/3 hr. Concealed Carry | Frank Hamp |
| Illinois Concealed Carry | Friedrich's |

| | |
|---|---|
| NRA Basic Pistol, Home Firearm Safety PP in the Home | Front Site Inc. |
| Concealed Carry | Frontline Firearms Training/MDC Inc. |
| Firearms Safety and Concealed Carry | FSG |
| NRA Personal Protection | Full Metal Jacket LLC, |
| Concealed Carry 16/8 hr. course, 3 Concealed Carry | G&S Gun Works & Safety Training Inc. |
| Illinois Concealed Carry Training 16/8 hour, Illinois Concealed Carry Training Renewal 3 hour | G.E.S. Services |
| Illinois Concealed Carry Training 16/8 hour, Illinois Concealed Carry Training Renewal 3 hour | G.E.S. Services |
| Concealed Carry 16/8 Hr. Course/3 hr. Concealed Carry | G@S Gun Works & Safety Training |
| NRA Basic Pistol, Home and Personal Defense Strategy and Skills, Law Review | Gary Poindexter |
| None Listed | Geoffrey Lasswell |
| Illinois Concealed Carry Instruction, Il. Concealed Carry Renewal | Glenn Carr |
| Illinois Concealed Carry Course | Global Protective Solutions |
| Basic Pistol, first step pistol orientation | GMV Armory |
| Illinois Concealed Carry Training | GnJ Enterprises |
| 16/8 hour Illinois Concealed Carry License Training, 3 hour Concealed Carry Renewal Training | Granite Security Services Inc |
| Concealed Carry | Great Lakes Tactical |
| Illinois Concealed Carry License Firearms Curriculum | Great River Firearms Training |

| | |
|---|---|
| Concealed Carry Firearms Curriculum for 3,8 and 16 hr. renewal | Greatest Expectations |
| Greatest Expectations LE Center Concealed Carry Firearms Training | Greatest Expectations |
| Home Firearm Safety, Basic Pistol, PP, Illinois State Statutes | GSD Consultants LLC |
| Concealed Carry | GTS Unlimited |
| NRA Basic Pistol and Illinois Concealed Carry Class | GUN LOVING JOHN |
| Concealed Carry Full, Concealed Carry Makeup, Concealed Carry Renewal | Gurnee Pistol Academy, |
| 16 hr. Concealed Carry, 8 hr. Concealed Carry | Gwendolyn Keith |
| 16/8 hour Curriculum, 3 hour Renewal Curriculum | Hamon Concealed CarryL Class |
| Illinois Concealed Carry | Handgun Dynamics |
| Concealed Carry 16/8 hr./3 hr. Concealed Carry | Harold Kunz |
| Concealed Carry and Personal Protection, Renewal | Henry B. Washburn |
| Basic Pistol, Concealed Carry Class | Hickory Ridge Outfitters |
| Illinois Concealed Carry Training (16), Illinois Concealed Carry (8), Illinois Concealed Carry Renewal | High Caliber Firearms Training LLC. |
| Homeland Protection Management Concealed Carry Course | Homeland Protection Management Inc. |
| Beginning Firearms, Concealed Carry and Shoot, Don't Shoot Scenarios | Honey Badger Training |
| Firearms Training for Concealed Carryl | Howard Woolson |

| | |
|---|---|
| Illinois Concealed Carry Firearms 16/8 hour, Illinois Concealed Carry Firearms 3 hour Renewal | Hunt's Gun Gateway, LLC. |
| Concealed Carry License Firearms 16/8 hour curriculum, 3 hour Renewal Curriculum | IdentiSys |
| ICT Concealed Carry and NRA Basic Pistol | Illinois Carry Training |
| 16 hour IConcealed CarryTA Certification Course, 3 hour IConcealed CarryTA Certification Renewal Course | Illinois Concealed Carry Academy |
| Concealed Carry Handgun (EPP 1203-Firearms Training) | Illinois Eastern Community College |
| NRA Basic Pistol, Illinois Concealed Carry Legally in Illinois | Illinois Firearm Safety |
| Illinois Concealed Carry Class | Illinois Firearms Training Group |
| Illinois Gun Pros License to Carry Curriculum for Illinois | Illinois Gun Pros |
| NRA and United States Concealed Carry Association | Illinois State Rifle Association |
| I.T.F.A. Concealed Carry | Illinois Tactical Firearms Academy |
| Concealed Carry/Concealed Carry Renewal | Independence Arms |
| Concealed Carry 16/8 hr. course, 3 hr. Concealed Carry | Indiana Firearms Training |
| Concealed Carry and Concealed Renewal | Industrial Technology & Inspection LLC |
| Firearms SAFETY, Concealed Carry Curriculum | J I C Trainers LLC |
| Concealed Carry/renewal | James Akerman |

| | |
|---|---|
| Illinois Concealed Carry Training | James Getchell |
| Concealed Carry | James Green |
| NRA Basic Pistol, Review of Firearm Concealed Carry Act, Tactical Shooting | James Laub |
| None Listed | James Mathiasch |
| NRA Basic Pistol, Carry Illinois Concealed, FConcealed CarryA | James Trockman |
| NRA Basic Pistol/FOID | Jamison Firearms Safety Training |
| NRA Basic Pistol, Firearms Concealed Carry Act, FOID Act, Use of Force in Defense | Jamison Firearms Safety Training |
| CC Safety Course | JC Marshall Financial Svcs Firearms Training Inc |
| Illinois Concealed CarryW-Full, Illinois Concealed CarryW-Renewal | Jeffrey Fischer |
| Concealed Carry | Jeffrey Goc |
| Basic Pistol, first step pistol orientation | JEM Detective Agency |
| NRA Basic Pistol, First Steps | JEM Detective Agency |
| All Illinois State Required - NRA Basic Pistol, PP Inside and Outside the Home | Jerome Anderson |
| Concealed Carry Firearms Training Course | Jerome Jay Singer Security Consultant LLC |
| 16 hr. Concealed Carry/8 hr. Concealed Carry, 3 hr. Concealed Carry Renewal | Jerry Parsley |
| NRA Basic Pistol, NRA PP Outside the Home | Jerry's Tackle and Guns |
| Soteria Illinois Concealed CarryW Course | Jesse Johnson |

| | |
|---|---|
| NRA Personal Protection insinde the Home/NRA Basic Pistol/JH Tactical Supplemntal Material | JH Tactical |
| NRA Basic Firearms, Know the Law, Live Fire Instruction | Jim's Gunshack |
| Illinois Concealed Carry License Course | Johannes Laun |
| Basic Pistol/revolver/Concealed Carry | John Baize |
| Illinois Concealed Carry Certification and Recertification | John Bennett |
| 16/8 Concealed Carry, 3 hour renewal Concealed Carry | John Fowler |
| Full Course/refresher | John Roth |
| NRA Pistol, ILConcealed CarryL Compliance, IL Concealed CarryL Renewal Compliance | John Sauer |
| Illinois Concealed CarryL Training, Illinois Concealed CarryL Renewal | John Willner |
| 16/8 /3 hr. Concealed Carry | Jonathan Heslop |
| Illinois Comprehensive Concealed Carry Training | Jones and Associates Concealed Carry |
| None Listed | Jordan Security Training Academy Inc. |
| Illinois Concealed Carry Training-8 hour/16 hour, Illinois Concealed Carry Renewal Training - 3hour | JP Sales |
| NRA Basic Pistol Course, NRA PP in the Home, NRA First Steps | JRS Firearms Training |
| NRA Basic Pistol, Illinois Concealed CarryW | JSY IL Concealed CarryW Training, |
| Illinois Concealed CarryW Instruction | JSYConcealed CarryWIL |
| Concealed Carry Curriculum by K&V Firearms, LLC | K & V Firearms, LLC |

| | |
|---|---|
| Illinois Concealed Carry Course | K&H Armory Inc., |
| 16/8 hr. & 3 hr. Concealed Carry Licesne Curriculum | KAM Shooting Sports |
| Concealed Carry | Kankakee Community College |
| 16/8 hr. Concealed CarryW /Kard 3 hr. renewal | KARD Protection Group |
| Illinois Concealed Carry Class | KARD Training Institute |
| Soteria Illinois Concealed CarryW Course | Katherine Johnson |
| Concealed Carry Education and Training | Keith Aller |
| Basic Concealed Carry Course, Concealed Carry Renewal | Keith Bakewell |
| Illinois Concealed Carry Training, 3 hour Concealed Carry Renewal Training | Kenneth Jamin |
| Concealed Carry | KFH & Associates Counseling |
| NRA Basic Pistol Course, Illinois Carry CLIC | KINGS FConcealed CarryA Instruction |
| Illinois Concealed CarryW #1 | Krauss Guns |
| Concealed Carry | KTK Training Systems |
| Concealed Carry | Kyle Gleason |
| L.R. Jacobsen's Initial and Recurrent Concealed Carry Instruction | L.R. Jacobsen's Concealed Carry |
| Concealed Carry | LaJoy Precision, Inc |
| Safety First Shooting Concealed Carry | Larry Brooks |

| | |
|---|---|
| Concealed Carry Firearms Curriculum | Larry Voorhees |
| LWS Concealed Carry | Law Weapons and Supply |
| NRA Instructor, Basics of Pistol Shooting, PP In the Home | Leatherneck Firearms Instruction Inc., |
| Concealed Carry | Legal Heat |
| Legal Heat - Illinois Permit Training Course | Legal Heat |
| Concealed Carry | Leslie Baize |
| Concealed Carry | lets just shoot |
| Illinois Concealed Carry | Liberty Firearms and Personal Protection |
| Concealed Carry | Link Security USA |
| Concealed Carry | Lock N' Load Chicago |
| NRA Basic Pistol, Illinois Concealed CarryL | Lombard Gun Shop |
| Concealed Carry | Louis Drakulich |
| NRA Basic Pistol w/IL Concealed CarryW, IL Concealed CarryW 3 HR. renewal | LQQKOut Post |
| NRA Basic Pistol, Illinois Concealed Carry specifics 8 hours, Illinois Concealed Carry Renewal | LRN2shoot Inc. |
| Illinois Concealed Carry | M & M Firearms Training |

| | |
|---|---|
| Illinois Basic Concealed Carry 16 hour, Illinois Concealed Carry Renewal 3 hour | M&M Company |
| The Illinois Concealed Carry Course | MAB Training |
| Pistol Safety and Marksmanship 1 and 2, Illinois FConcealed CarryA Emphasis | Maddhousesports |
| Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | Mark Fitton |
| 16/8 hr. Concealed Carry, 3 hr. Concealed Carry | Mark Schunacker |
| Illinois Concealed CarryW Training, Illinois Concealed CarryW Renewal Training | Mark Ward |
| Illinois Concealed Carry Class - MTGLLC | Marksmanship Training Group Inc. |
| NRA-Basics of Pistol Shooting (8hr.), NRA-Personal Protection in the Home(8hr.), NRA-PP Outside | Marshall Tactical Outfitters |
| NRA Basic Pistol/NRA Pesonal Protection Outside the Home | Martin J. Wezeman |
| Concealed Carry | Mayol & Associates |
| Illinois Concealed Carry Course/Renewal | Metro Enforcement |
| Illinois Concealed Carry Day 1 and Day 2 Training, Illinois Concealed Carry Renewal | Metro Training Academy |
| Illinois Concealed Firearm Training Course | Metro Training Group |
| 16/8 Concealed Carry License Firearms Training, 3 hour Concealed Carry License Firearms Renewal | Metro-East Firearms Training LLC |
| 16/8 Hour Concealed Carry, 3 hours Concealed Carry Renewal | Metropolitan Police Self-Defense Inst. |

| | |
|---|---|
| Concealed Carry/Recertification | Michael Black |
| Illinois Concealed Carry Class | Michael Dodwell |
| 16/8 Concealed Carry | Michael Hanson |
| Concealed Carry 8, Concealed Carry 16, Concealed Carry 3 | Michael Krickebert |
| Basic renewal Concealed Carry | Michael Lackland |
| Illinois Conceal and Carry Firearms Curriculum | Michael Magnus |
| Illinois Concealed Carry Training, Illinois Concealed Carry License Renewal | Michael Nuding |
| Illinois Concealed Carry Course | Michael P. Slevnik |
| NRA Certified Pistol, Rifle, Shotgun, Safety, Personal Protection Course for Concealed CarryW, | Michael Palmer |
| Concealed Carry | Michael Ryan |
| Illinois Concealed Carry Firearms 16/8 hours | Michael Summerville |
| Concealed Carry License Program | Mid America Training Center |
| Illinois Permit to Carry Course, Illinois Permit to Carry Renewal Course | Midwest Carry Academy |
| Concealed CarryW | Midwest Sporting & Academy of Public Safety |
| NRA PP Outside the Home, DTEL Inc. Firearms Training Survival | Midwest Tactical |
| NRA Basic Pistol, Mission Ready Illinois Concealed Carry Course | Mission Ready LLC |
| Concealed Carry | Mission Ready Training Solutions |

| | |
|---|---|
| NRA Basic Pistol, CLIC for Illinois Carry | MLF Training |
| Illinois Concealed CarryW 16 hour Instruction Course, Illinois Concealed CarryW 8 hour instruction Course, Illinois Concealed CarryW Renewal | MMI Guns, |
| NRA Basic Pistol, NRA PP Outside and Inside the Home | Moore Firearms Academy |
| 16 hr. Concealed Carry/3 hr. Renewal | Moser Tack & Saddle Shop |
| NRA Basic Pistol, USConcealed CarryA Concealed Carry Fundamentals, Illinois Carry Curriculum | MSFI Inc. |
| Concealed Carry | MTE |
| Illinois Concealed Carry 16/8, Illinois Concealed Carry 3 | MTZ Armory LLC., |
| IL. Concealed Carry 16/8, 3 hr. renewal, NRA Basic Pistol &PP | Mule's Shooting Source |
| 16/8 hr. Concealed Carry; 3 hr. Concealed Carry Renewal | John Lamb |
| Concealed Carry | National Association of Certified Firearms Instructors |
| Concealed Carry | NE Firearms Training LLC |
| 16/8 hr. & 3 hr. Concealed Carry License Curriculum | Neie & Associates |
| Basic Certification Illinois Concealed Carry, Renewal Certification Illinis Concealed Carry | New Centurion Firearms Training Inc., |
| Illinois Concealed Carry License Training | Nitro Security Investigation Inc. |
| Concealed Carry | Roger Meyer |

| | |
|---|---|
| Concealed Carry | Sherman Morris |
| Concealed Carry | Brent Payne |
| Concealed Carry | Richard Shipley |
| Concealed Carry/8/16 hr/ | Angela Morse |
| NRA Basic Pistol, Carry Legal in Illinois | Randall Pozzi |
| NRA Basic Pistol, Supplement with the Illinois Carry Curriculum | Cecil Crum |
| NEMO Firearm Training Illinois Concealed Carry Certification Course | Northeast Missouri Firearm Training, |
| Concealed Carry | Northwest Suburban Tactical Training Center |
| Concealed Carry | N-Sight Firearms Training |
| NRA-Basic Pistol, ISP 16/8 Hour Curriculum | Odle Construction Co. |
| I.S.O.T.A. 16/8 hour curriculum, 8 hour curriculum, 3 hour Renewal Curriculum | Officer's Training Academy |
| Concealed Carry | Okaw Valley ASAT |
| Concealed Carry License Firearms Curriculum | Okaw Valley ASAT |
| 16/8 Concealed Carry, 3 hour Renewal Concealed Carry | On Target |
| Concealed CarryW 1 and Concealed CarryW 2, Concealed CarryW Update | On Target Firearms Academy LLC |
| Concealed Carry License Firearm Curriculum | On Target Range |

| | |
|---|---|
| Concealed Carry Class, Concealed Carry Renewal | On Target Range and Tactical Training Center, |
| Illinois concealed carry license Training | On Target Training Group |
| Illinois Concealed Carry (NRA Basic Pistol and PP Outside the Home) | P6 Firearms Training |
| NRA Basic Pistol, Illinois Concealed CarryW Training | Paladin Firearms LLC |
| Basic Pistol and Personal Protection with Illinois Law | Patrick Addyman |
| Illinois Concealed Carry License Training | Paul Bervid |
| Illinois Concealed Carry 16/8 hours Curriculum, 3 hour Renewal Curriculum | Paul Heslin |
| Illinois State Concealed Carry Class | Paul Trost |
| Personal Security Gold 16 hours, Personal Security Silver 8 hours, Illinois Concealed CarryL Renewal | Peako Personal Security |
| 16/8 hr. Concealed Carry, 3 hr. Concealed Carry | Personal Defense Consulting |
| Personal Defense Strategies/16 hr. Concealed Carry | Personal Defense Strategies |
| Illinois Concealed Carry License 8 and 16 hour Courses, Illinois Concealed Carry 3 hour Refresher | Personal Defense Training Inc. |
| NRA Pistol 8 hrs; Illinois Defensive Pistol | Personal Defensive Solutions |
| Concealed Carry | Personal Firearm Training, LLC |
| PPT Illinois Concealed Carry License (16), PPT IConcealed CarryL (8), PPT IConcealed CarryL (3 hour renewal) | Personal Pistol Training LLC. |
| Illinois Concealed Carry Class, Concealed Carry Renewal Class | Personal Protection Consultants |

| | |
|---|---|
| Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | Personal Protection Services |
| Basic Firearms Safety, operation & care 101 | Personal Security Concepts |
| None Listed | Phillip Alexander |
| Concealed Carry, Concealed Carry Renewal | Phoenix Fireamrs Training, LTD. |
| Concealed Carry, NRA Basic Pistol, Intro to Firearms for Women, Home Defense | Pistol 13 |
| Concealed Carry License, Firearms Curriculum | Platinum Training |
| Concealed Carry | POINT OF IMPACT FIREARMS TRAINING |
| Concealed Carry Weapons Course | Point of Impact Firearms Training |
| 16/8 Concealed Carry | Point of Impact Firearms Training LLC |
| Concealed Carry Weapons Course | Point of Impact Firearms Training, |
| 16 hour COF, 8 hour COF, 3 hour COF | Prairie Concealed CarryW Illinois LLC. |
| Concealed Carry | Prairie State Defense |
| Concealed Carry 16/8 hr. and 3 hr. | Precision Firearms Education &Training, LLC |
| ISP Approved Concealed Carry Course | Precision Firearms Education and Training |
| Concealed Carry Day 1 and 2 | Precision Firearms Training |

| | |
|---|---|
| Illinois Concealed Carry 16 hour and 8 hour Courses, Illinois Concealed Carry Renewal Course | Premier Firearms Training Academy |
| Concealed Carry | Pristine Cleaninc, LLC |
| None Listed | Probe Inc |
| Illinois Concealed CarryL Training Curriculum | Professional Defense Training, |
| Concealed Carry | Promised Land Firearms |
| Carry Safely In Illinois | Pro-Right's Shooting Sports |
| Illinois Concealed Carry Course Initial, Illinois Concealed Carry Renewal Course | Protection Enterprises Inc. |
| Illinois Concealed Carry - Your Responsibilites | Protective Arms |
| Concealed Carry | Proton Training |
| Illinois Concealed Carry Course | PTC Security Training Academy |
| 20 hour concealed carry, 4 day Master of Chaos Concealed CarryW | Pulse 02DA Firearms Training Inc. |
| Certified Illinois Concealed Carry Class | Quad City Firearms Training Center, |
| NRA Basic Pistol Course, Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | Quad City Investigations LLC |
| Illinois Concealed Carry Course | Rampart Range |

| | |
|---|---|
| Illinois Concealed Carry | Range and Field Training Team |
| Concealed Carry | Raymond J. Courney |
| Concealed Carry | RC Firearms Training |
| NRA Basic Pistol, Illinois Concealed Carry License | RD Safety Training |
| Concealed Carry | RECOIL-Train/Build/Arm |
| Red Dot Arms Concealed Carry Part 1/2 | Red Dot Arm, Inc. |
| Illinois 16 hour Concealed Carry Firearms Training, Illinois 8 hour Concealed Carry Firearms Training, Illinois 3 hour Renewal | Rednour Tactical Arms |
| IL Concealed Carry 16/8/3 Hr. | Rednour Tactical Arms (RTA) |
| Concealed Carry | Reif's Concealed and Carry |
| 16/8/3 | Rend Lake College |
| Illinois Concealed Carry 16 hour course, Concealed Carry 3 hour requalification course | Rend Lake College |
| Illinois Concealed Carry Firearms License Course | Richard Grove dba Firearms Institute, |
| ILC3 | Richard Guns |
| 16/8 hour Curriculum, 3 hour Renewal Curriculum | Richard Hobbs |
| Concealed Carry | Richard Lasswell |
| Robert Hill's Concealed Carry Class | Robert Hill |
| Concealed Carry 16/8 HR/3 hr. Concealed Carry Renewal Curriculum | Robert Schultz Consulting |

| | |
|---|---|
| NRA Basic Pistol/Personal Protection in the Home | Rock River Marksmanship Academy |
| Illinois Concealed Carry | Rodney Roy |
| Illinois Concealed Carry Permit Class, Illinois Concealed Carry Permit Renewal Class | Rofrano Performance Group |
| Basic Illinois Concealed Carry Course | Ronald Goldberg |
| Concealed Carry | Ronald Page |
| Roughneck Combatives Concealed CarryW-IL | Roughneck Combatives LLC, |
| Illinois Concealed Carry Training | Roy and Company |
| Illinois Concealed Carry | RP Shooting Sports LLC |
| 16 hr Concealed Carry/ 3 hr. Concealed Carry Renewal Course | RSB Defensive Solutions LLC |
| Concealed Carry 16 hour course/3 hr. Concealed Carry Renewal | RTB Security Academy |
| Illinois State Concealed Carry Class | Russell McCormic |
| NRA Basic Pistol and supplement with the Illinois Carry Curriculum | S.A. Firearms Training |
| New 16 hours aConcealed Carryepted training, Veteren 8 hour course, Recert 3 hours | S.A.F.E. Training, |
| S.D. &Associates Firearm Training Course | S.D. & Associates Inc. |
| Illinois Concealed Carry Curriculum 8 hour, 16 hour and 3 hour Renewal | Safe and Secure Firearms Training |

| | |
|---|---|
| Illinois Concealed Carry Class 1, Illinois Concealed Carry Class 2, Illinois Concealed Carry Class Renewal | Safe Carry Illinois Inc. |
| CLIC/NRA Curriculum | Safe Family Firearm Training Inc., |
| Illinois Concealed Carry 16 hour course | Safe Firearms Inc. |
| SAFE Gun Permits LLC Illinois Concealed Carry Curriculum | SAFE Gun Permits LLC |
| Illinois Concealed Carry 8, Illinois Concealed Carry 16 | Safe Training Academy LLC |
| Illinois Concealed Carry 16/8/3 | Safe Training Academy LLC, |
| Concealed Carry | Safely Conceal |
| Illinois Concealed Carry 1, Illinois Concealed Carry 2, Illinois Concealed Carry Renewal | Safer USA |
| Illinois Concealed Carry 16 hour Safer USA Training, Illinois Concealed Carry 3 hour Renewal Safer USA Training | SAFERUS |
| illinois Concealed Carry I, Illiinois Concealed Carry II, Illinois Concealed Carry Renewal | SaferUSA |
| Illinois Concealed Carry Weapon Course | SafeShot, Ltd. |
| Illinois Concealed Carry Permit Course - 8 hour, Illinois Concealed Carry Permit Renewal | SafeSide LLC |
| Safety First Shooting Concealed Carry | Safety 1st Shooting, Inc. |
| Illinois Concealed Carry License Course | Safety Solutions |

| | |
|---|---|
| Scott Maton Illinois Concealed Carry Course | Scott Maton |
| None Listed | Securitas Security Services |
| Illinois Concealed Carry Firearms Curriculum and Renewal Curriculum | Security Alliance, |
| Concealed Carry License Firearm Curriculum | Security Guard College |
| Concealed Carry | Security Intervention Network Agency |
| Security Training Center Concealed Carry Course | Security Training Center Inc |
| 16/8 hour, 3 hour Renewal | Seldin Security Services, Inc. |
| 16-8 Hour, 3-hour Renewal | Seldin Security Services, Inc. |
| Semperfisupply Curriculum | Semper Fi Supply |
| Illinois Concealed Carry Course | Sentinel Firearms Training |
| Illinois Concealed Carry | Shadow 300 LLC |
| Concealed Carry | Shanahan Sports |
| Concealed Carry | Shawn Rosenberger |
| Illinois Concealed Carry License Firearms Act | Shawnee Firearms Training |
| Illinois Concealed Carry License Firearms Act | Shawnee Firearms Training |
| Concealed Carry | Sheep Dogs |

| | |
|---|---|
| Basic Pistol | Shelton Insurance |
| Illinois Concealed Carry 16/8 Course | Shoot Safe Training Academy |
| Illinois FConcealed CarryL 16 hour, Illinois FConcealed CarryL 8 hour, Illinois FConcealed CarryL 3 hour Renewal | Shooter's Firearms and Indoor Range |
| NRA Basic Pistol and First Steps Concealed CarryW Act | Shooting Solutions Training Academy |
| Certified Illinois Concealed Carry Course | Shooting Sports |
| Illinois Concealed Carry License Course | ShootRite Training LLC |
| 16/8/3 Concealed Carry | SIG, Inc. |
| Concealed Carry | Silver Services |
| Carry Peoria | SIPCO Products Inc. |
| SMSM Personal Protection | SMSJ Property Management, LLC |
| SAFE 171 | Southeastern Illinois College |
| Concealed Carry Training | Southern Illinois Concealed Carry Academy |
| Firearms Safety for home protection/Concealed Carry | Southern Knights Firearms Training |
| Illinois Concealed Carry | Sparky's Armory LLC |
| Illinois Concealed Carry License Firearms Training Course | Special Investigations LTD |

| | |
|---|---|
| Chicagoland Firearm Training | Special Solutions |
| Illinois Concealed Carry New Permit Curriculum | Sportman's Educational Services |
| Concealed Carry | Stephen Odum |
| Concealed Carry 16/8 hour/3 hr | Steven Kasper |
| Concealed CarryW1, 2, Renew | STLConcealed CarryW.COM |
| 16 hour Concealed Carry Course, 8 hour Concealed Carry Course, 3 hour Concealed Carry Renewal Course | Stoic Chaos Firearms Training |
| NRA Basic Pistol, Compelled Status | Straight Shooters |
| Illinois Concealed Carry - Level 101 | Strategic Advantage Training Inc. |
| Illinois Concealed Carry | Suburban P.I. Inc. |
| NRA Basic Pistol, CLIC for Illinois Carry | Sure Shot Safety |
| Illinois Concealed CarryW | Sure Shot Training |
| Illinois 16 Hour, Illinois 8 Hour | Survival Basics Inc. |
| 16/8/3 | T. Snyder Ltd. |
| Il. Concealed Carry | T.K. Defense Training LLC |
| Illinois Concealed Carry Program and Renewal | Tac Ops 911 |

| | |
|---|---|
| Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | Tacop Solutions |
| Illinois Concealed Carry 16/8 | Tactical Defense LLC |
| Illinois Concealed Carry, Illinois Concealed Carry Renewal | Tactical Resolutions LLC |
| Illinois Concealed Carry Firearms Cours | Tactical Security Institute LLC |
| Concealed Carry | Tactical Training Specialties |
| Minimum Training Curriculum for Concealed Firearm Permit | Take Aim Inc |
| Illinois Concealed Carry, Illinois Concealed Carry Renewal | Tatctical Resolutions LLC |
| Handgun Safety & Handling/Concealed Carry | TB Hashell Fire Arms Safety |
| 16/8 hr. Concealed CarryW Course, Illinois Renewal Course | Terry Bell |
| NRA Basic Pistol, PP Outside the Home, Firearms Concealed Carry Act | TFC |
| Illinois Concealed Carry, NRA Basic Pistol | The Bullet Trap |
| Illinois Concealed Carry | The Bullet Trap |
| 16/8 hour, 3 hour Renewal | The Bullet Trap |
| NRA Basic Pistol, NRA PP in the Home, Concealed Carry | The Bullet Trap |
| Illinois Concealed Carry Licensing Course, Illinois Concealed Carry License Renewal Course | The Gun Safety Guy |

| | |
|---|---|
| NRA Basic Pistol, NRA PP Outside the Home, NRA PP Inside the home | The Lodge |
| Illinois 16 Concealed Carry Course, Illinois 8 hour Concealed Carry Course, Illinois 3 hour Concealed Carry Renewal Course | The Morrigan Company Ltd |
| Illinois Concealed CarryW Curriculum | The Outdoorsman Sport Shop |
| Concealed Carry | The OZ Group. LTD. |
| The Illinois Concealed Carry Course | The Personal Protection Group |
| Safe Gun Training Illinois Concealed Carry Course, Safe Gun Training Illinois Concealed Carry Course(8hr) | ThirdGen Services Inc. |
| NRA Basic Pistol and enhanced Concealed CarryW Training | Thomas Finnegan |
| Tiger Brass FConcealed CarryA 8 hr. Supplement | Tiger Brass |
| Concealed Carry only | Tim Flynn |
| NRA Basic Pistol, Concealed Carry | Timothy O'Meara |
| Il. Concealed Carry 16/8 HR. | TKD Illinois Concealed Carry |
| Full Concealed Carry Class, One Day Concealed Carry, Concealed Carry Renewal | Tman's Concealed Carry |
| TMS Concealed Carry 16/3 HR. | TMS |
| Illinois Concealed Carry License Course | Tombstone Gun Range and Training Center |
| NRA Basic Pistol, Illinois Concealed Carry Course, Illinois Concealed Carry Renewal Course | Tony Kispert |
| Concealed Carry | Tony Wasco |

| | |
|---|---|
| Concealed Carry License Firearms Curriculum Illinois | Top Gun Firearms Training |
| Illinois Conealed Carry License Training | Top Gun Shooting Sports LLC |
| Top Shot Academy Concealed CarryW, Top Shot Academy Concealed CarryW Renewal | Top Shot Inc. |
| Concealed CarryW and Concealed CarryW Renewal | Top Shot Inc. |
| 16/8 hour Curriculum, 3 hour Renewal Curriculum | Total Concealed CarryW Ltd, |
| IL. Concealed Carry | Train 2 Carry LLC |
| Intro to Pistol, barriers, concealment and movement | Train Illinois |
| Bass Pro Shop Concealed Carry Training | trainingbychristy |
| Defensive Pistol/NRA Basic Pistol | Trenton Lawrence |
| NRA Pistol w/addendums | Trinity Firearms Training |
| NRA: Firearm Safety, pistol, rifle, shotgun | Trinity Firearms Training LLC |
| Triple Threat Defense Il. Concealed Carry Training Course | Triple Threat Defense LLC |
| 16/8 hour Curriculum, 3 hour Renewal Curriculum | Triplet's Security Training Academy, |
| Basic Pistol Shooting Course and Illinois Concealed Carry | Tri-State Firearms Training |
| Concealed Carry Handgun | Triton College-SCE-A201 |

| | |
|---|---|
| Illinois Concealed Carry Firearms Education and Training 16/8 hour, Illinois Concealed Carry 3 hour Renewal Education | Triton College-SCE-A-201 |
| Concealed Carry, Concealed Carry Renewal | Trooper Trained , LLC |
| Illinois Concealed Carry 16/8 hour Curriculum, 3 hour Renewal Curriculum | Trooper Trained LLC, |
| Concealed Carry 16/8 HR/3 hr. Concealed Carry Renewal Curriculum | Trooper Trained, LLC |
| 16 hr. Concealed Carry/8 hr. Concealed Carry, 3 hr. Renewal | Two Troops Firearms Instruction |
| Concealed CarryW 16/8/3 hr. | Type A Training Group |
| 16 hr Concealed Carry USI 3 hr. Concealed Carry Renewal Course | U.S. Investigations and Protection Agency |
| Concealed Carry License Firearms Curriculum | U.S. Training and Protection Servive |
| U.S.I. Concealed CarryW 16/8 Firearms, 3 hour Renewal | U.S.I. Investigation and Protection Agency, |
| Basic Pistol, Defensive Pistol | U.S.R.A. |
| 16/8 hour Curriculum, 3 hour Renewal Curriculum | United Gun Training Group |
| UR1 Concealed Carry | United Risk Int'l-Training Div. |
| Firearm Safety/shotgun and pistol, rules of the range, Concealed Carry recertification | UNITED SAFETY & SECURITY SOLUTIONS, LLC |
| NRA Basic Pistol and fundamentals of concealed carry | United State's Rifleman's Association, |
| Illinois Concealed Carry License and Renewal | USIA, |

| | |
|---|---|
| Illinois Concealed Carry Class | Utah Concealed CarryW |
| 16/6 Concealed Carry | Van Sandt Small Arms Academy |
| 16/8 hour Curriculum for Illinois Concealed Carry Training | Van Sandt Small Arms Academy |
| Concealed Carry Course | Vandalay Tactical LLC |
| Concealed Carry | Vaughn Dunlop |
| 16/8 HR. Concealed Carry | Vaughn Gun and Machine |
| Concealed Carry Illinois | Victor Erbring |
| Legal Responsibilities/Firearms, Safety, Care and Maintenance/ 7 Shooting fundamentals | Victory Tactical LLC |
| Concealed Carry Basic Course | Village of Rockton |
| Concealed Carry | Villarreal and Associates Detective Agency Inc. |
| Vital Defense Solutions Concealed CarryW | Vital Defense Solutions |
| NRA Personal Protection in the home/basic pistol | VP Firearms Training |
| Illinois Concealed Carry/Illinois Concealed Carry Renewal | Warren Teaching Service Solutions |
| Illinois Concealed Carry 8 hour and 16 hour Course, Illinois Concealed Carry Renewal Course | We the People Alliance LLC |
| Illinois Concealed Carry License Course 16/8, Illinois License Renewal Course | Weissberg and Associates, Ltd. |
| NRA Basic Pistol and PP | West Hancock Firearms Training, |
| NRA Basic Pistol, NRA PP | West Hancock Firearms Training, |

| | |
|---|---|
| Illinois 16 hour Concealed Carry Course, Illinois Concealed Carry Renewal Course | Wheeler's Firearms and Safety Training LLC |
| 16/8 hour Curriculum, 3 hour Renewal Curriculum | Wilbert Martel |
| Training Curriculum to Qualify for Illinois Concealed Carry License | William Berkley |
| 16 hr. Concealed Carry/3 hr. Concealed Carry hr. Concealed Carry Renewal | William Brown |
| Concealed Carry | William Guelzo |
| Illinois Concealed CarryW 16/8 | Windy City Tactical |
| Basic Concealed Carry Course, Concealed Carry Renewal | Wolf Tactical Training |
| Concealed Carry 16/8 hr. | Wunsho Ranch |
| 16 hour Illinois Concealed Carry Class, 8 hour Illinois Concealed Carry Class, 3 hour Illinois Concealed Carry Renewal | X Ring Custom LLC |
| Illinois 16/8 Concealed Carry Curriculum, Illinois 3 hour Concealed Carry Renewal Curriculum | You Carry 2 |

# EXHIBIT B






Hiram Grau, Director    Pat Quinn, Governor

**Agency Links**

About ISP
Academy
Forensics
Crime
Missing Persons
Criminal History
Firearms
Traffic
Safety
News, Media, & Forms
Employment
Links
Contact Us
Freedom of Information
Public Notices
Home
⊞ State Links

Search Illinois

[        ] Go
[Search Tips]








**Concealed Carry Instructor Search**

Search below for instructors approved to conduct Illinois concealed carry firearms training. **TO LIST ALL INSTRUCTORS, leave all search fie**

State: [    ]    County: [        ]    City: [        ]    Last Name: [    ]

## Concealed Carry Instructors

Displaying 1 to 50 of 757 instructors    ◀ Prev | Next ▶

| Name | City | County | State | Phone | Email |
|------|------|--------|-------|-------|-------|
| Abbott, Jonathan | Marion | Williamson | IL | (618)912-4715 | GUNLOVINGJOHN@YAHOO.COM |
| Adams, Mark | Lake Zurich | Lake | IL | (847)345-0335 | illinois.ccw.training@gmail.com |
| Addyman, Patrick | Steger | Will | IL | (708)259-9647 | addymanp@gmail.com |
| Adelman, Robert | Lake Zurich | Lake | IL | (847)652-4286 | tactical@att.net |
| Aggarwal, Arvind | Naperville | DuPage | IL | (630)445-1720 | arvind.aggarwal@outlook.com |
| Ahrens, Sara | Roscoe | Winnebago | IL | (815)703-7221 | sara.ahrens@yahoo.com |
| Alamo, Roberto | Chicago | Cook | IL | (773)319-4599 | chgofirefighter@gmail.com |
| Alberts, Steven | Palatine | Cook | IL | (847)370-6131 | |
| Alcorn, Robert | Carterville | Williamson | IL | (618)985-3741 | |
| Allen, Johnathan | Oak Lawn | Cook | IL | (630)696-1515 | |
| Allen, Herbert | South Holland | Cook | IL | (773)418-2400 | |
| Aller, Keith | River Grove | Cook | IL | (708)207-7169 | |
| Andel, James | Chicago | Cook | IL | (630)687-7233 | |
| Andersen, Laura | St. Charles | Kane | IL | (630)235-9860 | Lander254@gmail.com |
| Andersen, Jerome | McHenry | Lake | IL | (847)833-3217 | TARGETBUSTERS@ATT.NET |
| Anderson, Mark | Itasca | DuPage | IL | (847)567-0648 | mark_e_anderson@msn.com |
| Appleby Jr, James | Glen Ellyn | DuPage | IL | (630)664-4042 | |
| Atkinson, Michael | Mundelein | Lake | IL | (847)461-9153 | |
| Auterman, Daniel | Fithian | Vermilion | IL | (217)799-2914 | |
| Ayala Jr, Saturnino | Chicago | Cook | IL | (773)425-7173 | saturnayala@gmail.com |
| Babicky Sr, Thomas | Springfield | Sangamon | IL | (217)522-1279 | xresqchief@comcast.net |
| Badger, James | | | IL | (309)824-0724 | bruce@guncontroltraining.com |
| Baer, Steven | Frankfort | Will | IL | (708)560-3784 | |
| Baize, John | | | IL | (309)258-0627 | |
| Bakewell, Keith | Chicago | Cook | IL | (773)771-6601 | kb6601@yahoo.com |
| Baldwin Jr, Timothy | Moline | Rock Island | IL | (309)781-7686 | tpbaldwin@gmail.com |
| Barnhill, Gordon | Chicago | Cook | IL | (773)988-5685 | CarryConceal4ILL@gmail.com |
| Barrows, Shawn | Hinckley | DeKalb | IL | (630)276-8108 | |
| Barter Jr, Jimmie | Marion | Williamson | IL | (618)889-3652 | Jdbarter45cal@gmail.com |
| Barton, Timothy | Geneseo | Henry | IL | (309)944-7774 | barton@isaqca.com |
| Battaglia, Jeffrey | Chadsworth | Livingston | IL | (708)614-1628 | |
| Baysinger, Joseph | Waukegan | Lake | IL | (847)875-9244 | Joe@APCShootingTactics.com |
| Beck, Gordon | Normal | McLean | IL | (309)825-9066 | |
| Beck, Jon | Mt. Morris | Ogle | IL | (815)734-6259 | jb3317@essex1.com |
| Beierman, Jeffrey | Loami | Sangamon | IL | (217)210-1630 | Vortex41@Juno.com |
| Bell, Terry | Bloomingdale | DuPage | IL | (630)523-5600 | terrybell@kardgroup.com |
| Benard, Anthony | Chicago | Cook | IL | (630)334-1305 | Aguninstructor@comcast.net |
| Bendell, James | Dolton | Cook | IL | (708)341-6650 | Jebendell@gmail.com |
| Bentley, David | | | IL | (217)341-4678 | davidbentley@yahoo.com |
| Berardi, Louis | Downers Grove | DuPage | IL | (630)241-0004 | lou@berardi.com |

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____/s/ Clifford W. Berlow_____
C<span style="font-variant:small-caps">LIFFORD</span> W. B<span style="font-variant:small-caps">ERLOW</span>
