No. 13-2661

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
Chicago, Illinois 60604

_____

| | |
|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, ) ) ) | On Appeal from United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellants ) ) | |
| v. ) ) | Civil Case No. 11-CV-405-WDS (Honorable William D. Stiehl) |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants-Appellees ) | |

_____

**MOTION TO ADOPT RESPONSE AND TO CITE
ADDITIONAL AUTHORITY INSTANTER**
_____

NOW Comes the Defendant-Appellee, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, Illinois, by Bleyer and Bleyer, his attorneys, and seeks leave of this Court to adopt as his Response to Appellants, Illinois State Rifle Association Motion to Take Judicial Notice (Doc 30), the Response of Defendants-Appellees, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds (Doc.32) as his Response

Instanter. Further, the Defendant-Appellee, Sheriff David Livesay, seeks to adopt as his Motion for Leave to Cite Additional Authority, the Motion of Defendants-Appellees, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds (Doc.33)

That the parties in this case will not be prejudiced by this Court granting this Motion allowing David Livesay to adopt the Response of the Defendants-Appellees, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds (Doc 32) and to adopt the Motion to Cite Additional Authority of Defendants-Appellees, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds (Doc 33) Instanter.

WHEREFORE, The Defendant-Appellee, David Livesay prays this Court enter an Order allowing him to adopt the Response of the Defendants-Appellees, Lisa Madison, Patrick J. Quinn and Tyler R. Edmonds (Doc 32) and Defendants-Appellees, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds Motion to City Additional Authority (Doc 33) as his Responses Instanter.

                    BLEYER and BLEYER

                    S/Joseph A. Bleyer
                    Attorney Registration No. 6193192
                    Attorneys for Defendant, Sheriff David Livesay

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:    (618)997-6559
e-mail:         jableyer@bleyerlaw.com